

U.S. Department of Justice

# 19-3789-MJ-MCALILEY

United States Attorney
Southern District of Florida

**FILED BY** YR **D.C.**

**Nov 6, 2019**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

*99 N.E. 4th Street*
*Sixth Floor*
*Major Crimes Section*
*Miami, Florida 33132*
*(305) 961-9101*

November 4, 2019

**VIA HAND DELIVERY**

Melody Dyson

    **Re:**    <u>**Social Security Fraud Investigation**</u>

Dear Ms. Dyson:

    This letter is to inform you that the Social Security Administration Office of Inspector General ("SSA OIG") is conducting an investigation involving allegations of Social Security fraud perpetrated by you. Specifically, according to information supplied to this Office by the SSA OIG, you retained and used benefits paid to your mother after her death. Your alleged conduct implicates serious violations of federal criminal law, Title 18, United States Code, Section 641, and, if you are convicted, could result in the imposition of a term of imprisonment, fine, and/or restitution.

    SSA OIG has completed the initial evaluation of the evidence, and we are now prepared to go forward with criminal charges related to the above-described conduct. If necessary, we intend to present the matter to a grand jury for indictment.

    Although you are not obligated to make any statement to law enforcement, you may wish to supply your version of the events in question to interviewing agents, for the purpose of cooperating in this investigation. You may also wish to seek the assistance of an attorney before making any such statement. If you do wish to make a statement, I suggest that you have your attorney contact me as soon as possible in order to discuss this matter. I can be reached at (305)-961-9101.

    If you cannot afford an attorney, please call my office at (305)-961-9101. We will arrange a time for you to appear before a Magistrate Judge, who will determine if an attorney can be assigned to you.

      Finally, should you decide to retain an attorney, no adverse inference will be drawn strictly as a result of your decision to seek the advice of counsel before giving a statement. In addition, should an attorney acting upon your behalf wish to contact me, I would be willing to engage in limited discussion with counsel regarding your status in this investigation, as well the extent, if any, to which you would be willing to provide information to federal investigators.

      Sincerely,

      Megan A. Carrick